PACIFIC LIME INCORPORATED, Respondent, v. LOWENBERG CORPORATION et al., Appellants, et al., Defendants. STATE BANK OF ALBANY, Respondent, v. LOWENBERG CORPORATION, Appellant, et al., Defendants. STATE BANK OF ALBANY, Respondent, v. CHAZY LAKE DEVELOPMENT CORPORATION, Appellant, et al., Defendants.—

Herlihy, P. J., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.